489 A.2d 747

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Henry WATTS, Appellee.**

Supreme Court of Pennsylvania.

Argued Dec. 7, 1984.

Decided April 3, 1985.

Michael J. Kane, Dist. Atty., Stephen B. Harris, Doylestown, for appellant.

Robert J. Kupits, Doylestown, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

194

ORDER

PER CURIAM.

The Order of the Superior Court 319 Pa.Super. 179, 465 A.2d 1288, is affirmed.

LARSEN, J., files a dissenting opinion.

LARSEN, Justice, dissenting.

I dissent based upon my dissenting opinion in *Commonwealth v. Starr*, 486 Pa. 530, 406 A.2d 1017 (1979), and would therefore reverse the order of the Superior Court.